UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Wanda Balvin, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:1:19-cv-205-JPH-DLP |
| | ) |
| Med-1 Solutions, LLC, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, herein moves this Court to dismiss her cause of action with prejudice.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2019 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Nicholas Moline
MED-1 Solutions, LLC
Counsel for Defendant
Nicholas.moline@med1solutions.com

                                        Respectfully Submitted,

                                        /s/John T. Steinkamp
                                        John T. Steinkamp
                                        John Steinkamp & Associates
                                        5214 S. East Street, Suite D1
                                        Indianapolis, IN46227
                                        (317) 780-8300
                                        (317) 217-1320 fax
                                        john@johnsteinkampandassociates.com